UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW PETIT-CLAIR,

                Plaintiff,

-against-

CHRISTOPHER LEYDEN; EVELYN ROBITAILLE,

                Defendants.

24-CV-4611 (KMK)

ORDER OF SERVICE

KENNETH M. KARAS, United States District Judge:

Plaintiff, who is proceeding pro se, paid the filing fees to commence this Action.

The Clerk of Court is respectfully directed to issue summonses as to Defendants Christopher Leyden and Evelyn Robitaille. Plaintiff is directed to serve the summonses and Complaint on each Defendant within 90 days of the issuance of the summonses.[1]

If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Dated:   June 27, 2024
            White Plains, New York

                                                      KENNETH M. KARAS
                                                      United States District Judge

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date a complaint is filed, summonses in this case were not issued when Plaintiff filed the Complaint because he had not paid the filing fees. The Court therefore extends the time to serve until 90 days after the date the summonses are issued.